1  Susan St. Vincent
2  Yosemite Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5



**FILED**

JUN 20 2017

CRK, U.S. DISTRICT COURT
ERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        Docket No.  6:16-po-0345-MJS, and
                                                  6:16-po-0357-MJS
11             Plaintiff,
                                      **AFFIDAVIT OF ALLEGED PROBATION**
12        v.                          **VIOLATION(S)**

13   SHAWN J. RICORD,

14             Defendant.

15

16         I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the

17   following is true and correct to the best of my knowledge and belief.

18         I am the acting legal officer in Yosemite National Park and serve as the assistant

19   prosecutor for misdemeanor matters arising in the park. I have been so employed for

20   approximately six months.

21         In the normal course of my duties I, and other individuals acting in a similar

22   capacity in my office, regularly conduct probation status reviews for defendants on court

23   probation with the District Court in Yosemite.

24         In the normal course of my duties, I learned that defendant Shawn J. RICORD

25   has failed to pay a $325 fine for Citation number 5123760; failed to pay a fine of $275 for

26   citation number 5123761; and failed to pay a $275 fine for Citation number 5123760.

27         As the acting legal officer, I am aware that RICORD was charged with the

28

                                        1

1   following violations on violation notices: Citation number 5123762 was issued for having

2   an open container of alcohol in a vehicle, in violation of Title 36 Code of Federal

3   Regulations §4.14; Citation number 5123761 was issued for possession of a controlled

4   substance (marijuana), in violation of Title 36 Code of Federal Regulations §2.35(b)(2);

5   and Citation number 5123762 was issued for possession of a controlled substance

6   (prescription pills), in violation of Title 36 Code of Federal Regulations §2.35(b)(2).

7       On August 09, 2016, RICORD plead guilty to Citation number 5123762,

8   possession of a controlled substance (prescription pills), in violation of Title 36 Code of

9   Federal Regulation §2.35(b)(2). The other citations were dismissed. RICORD was

10   sentenced to a deferred entry of judgment requiring the completion of 12 months of

11   unsupervised probation with the conditions that he obey all laws; pay a \$600 fine; advise

12   the Court within 7 days of being cited or arrested for any alleged violation of law; and

13   waiver all appeal rights.

14       The government alleges RICORD has violated the following condition(s) of his

15   unsupervised probation:

16       CHARGE ONE:    FAILURE TO PAY FINE

17       RICORD was ordered to pay a \$600 fine. To date, RICORD has not paid any of

18   the \$600 fine.

19

20   06/19/2017

  Date                           Armin M. Najafi

21                                 Acting Legal Officer

22                                 Yosemite National Park, CA

23   Sworn to before me and subscribed in my presence in Yosemite National Park,

24   California.

25

26   Date

27                                 Honorable Michael J. Seng

                                  U. S. Magistrate Judge

28                                 Eastern District of California