1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  REED GRANTHAM, Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   SHAWN RICORD

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 6:16-po-00357-JDP

12              Plaintiff,             **MOTION TO DISMISS/CLOSE CASE;**
                                       **ORDER THEREON**
13  vs.

14  SHAWN RICORD,

15              Defendant.

16

17

18  **I.     PROCEDURAL HISTORY**

19          On May 22, 2016, Shawn Ricord was issued three citations in Yosemite National Park.

20  Citation number 5123760 was issued for having an open container of alcohol in a vehicle in

21  violation of 36 C.F.R. § 4.14. Citation number 5123761 was issued for possession of a controlled

22  substance (marijuana) in violation of 36 C.F.R. § 2.35(b)(2). Citation number 5123762 was

23  issued for possession of a controlled substance (prescription pills). All three charges are Class B

24  misdemeanors.

25          On August 9, 2016, Mr. Ricord entered a plea of guilty to citation number 5123762

26  (possession of prescription pills). Citation numbers 5123760 (open container) and 5123761

27  (possession of marijuana) were dismissed. Mr. Ricord was sentenced as to citation number

28  5123762 and was sentenced to a deferred entry of judgment requiring the completion of 12

1    months of unsupervised probation with the condition that he obey all laws, advise the Court

2    within 7 days of being cited or arrested for any new law violation, and pay a $600 fine. A review

3    hearing was set for June 27, 2017.

4        On June 20, 2017, the government filed an affidavit of alleged probation violation

5    alleging that Mr. Ricord had failed to pay the $600 fine on citation number 5123762.

6        On June 27, 2017, a review hearing was held, Mr. Ricord was not present, and the Court

7    issued an arrest warrant.

8        On August 3, 2018, Mr. Ricord appeared in this Court for an initial appearance on the

9    probation violation filed by the government on June 20, 2017, pertaining to an alleged failure to

10   pay the $600 fine that was ordered as a result of his guilty plea to citation number 5123762

11   (possession of prescription pills). At the hearing, Mr. Ricord admitted the failure to pay the fine

12   and he was sentenced to time served.

13   **II.    ARGUMENT**

14       For unknown reasons, the citations that Mr. Ricord received on May 22, 2016, were

15   docketed under two different case numbers: 6:16-po-00354-JDP and 6:16-po-00357-JDP.

16       Case number 6:16-po-00354-JDP pertained to citation numbers 5123760 (open container)

17   and 5123762 (possession of prescription pills). As noted above, Mr. Ricord entered a plea of

18   guilty to citation number 5123762 (possession of prescription pills) on August 9, 2016, and

19   citation number 5123760 (open container) was dismissed at that time.

20       Case number 6:16-po-00357-JDP pertained to citation number 5123761 (possession of

21   marijuana). This citation was likewise dismissed on August 9, 2016.

22       In order to clarify the record, Mr. Ricord requests that this Court formally dismiss citation

23   number 5123761/case number 6:16-po-00357-JDP. The government is in agreement with this

24   request.

25   //

26   //

27   //

28   //

Ricord – Motion to Dismiss/Close Case

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 16, 2018                    */s/ Reed Grantham*
                                         REED GRANTHAM
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         SHAWN RICORD

### O R D E R

For the reasons set forth above, citation number 5123761/case number 6:16-po-00357-JDP is hereby dismissed.

IT IS SO ORDERED.

Dated:   **August 23, 2018**          /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE